UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, et al.

In Re:

Maria S. Handle,

Debtor.

Case No.:    24-21608-ABA

Chapter:    13

Hearing Date:    12/23/2025

Judge:    Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief re: 1300 Vardon Cir., Brigantine, NJ (Docket # 34)

Date: 12/18/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*