UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire (AB 1574)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

**Maria S. Handle**

Debtor(s)'

Case No. 24-21608 (ABA)

Judge: Andrew B. Altenburg, Jr.

STIPULATION ADJUSTING
TRUSTEE PAYMENTS

**WHEREAS** a review of Debtor's case by Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $29,785.00 total receipts applied to plan, then $2,479.00 per month for the remaining forty-seven (47) months, commencing January 1, 2026 for a total of sixty (60) months.

**An amended TFS-epay to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Stipulation**

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 26, 2025, remain in effect.

/s/ Bruno Bellucci, III
Bruno Bellucci, III, Esquire
Attorney for Debtor

Dated:

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated: 1/12/2026

---

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page 2 of 2