Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 24-21608 (ABA)

Maria S. Handle
1300 Vardon Circle
Brigantine, NJ  08203

Monthly Payment: $2,465.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/23/2025 | $1,900.00 | 02/03/2025 | $1,900.00 | 03/17/2025 | $1,900.00 | 03/27/2025 | $1,900.00 |
| 05/08/2025 | $1,900.00 | 07/18/2025 | $1,900.00 | 07/18/2025 | $2,465.00 | 08/08/2025 | $1,695.00 |
| 08/11/2025 | $2,465.00 | 09/09/2025 | $2,465.00 | 10/14/2025 | $2,465.00 | 12/08/2025 | $2,465.00 |
| 12/22/2025 | $2,465.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | MARIA S. HANDLE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUNO BELLUCCI, III, ESQUIRE | 13 | $1,700.00 | $1,700.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE, N.A. | 33 | $488.56 | $0.00 | $488.56 | $0.00 |
| 2 | DOUBLE DIAMOND RESORTS | 24 | $1,500.00 | $241.60 | $1,258.40 | $0.00 |
| 3 | EXETER FINANCE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | FAY SERVICING, LLC | 24 | $126,824.30 | $20,427.90 | $106,396.40 | $0.00 |
| 5 | FIRST PORTFOLIO VENTURES II, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JOSEPH G. HANDLE, III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | KMP LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | NCB MANAGEMENT SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | TRUIST BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | JENNIFER L. KEARNEY , ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE, N.A. | 33 | $558.87 | $0.00 | $558.87 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 12/01/2024 | 3.00 | $0.00 |
| 03/01/2025 | Paid to Date | $7,600.00 |
| 04/01/2025 | 56.00 | $2,465.00 |
| 12/01/2029 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $27,885.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $4,437.00 |
| Arrearages: | $0.00 |
| Attorney: | BRUNO BELLUCCI, III, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**