Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–21608–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria S. Handle
   1300 Vardon Circle
   Brigantine, NJ 08203

Social Security No.:
   xxx–xx–6799

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 4/7/26 at 10:00 AM

to consider and act upon the following:

*42* – Certification in Opposition to (related document:41 Creditor's Certification of Default (related document:37 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust. Objection deadline is 03/13/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust) filed by Jennifer L. Kearney on behalf of Maria S. Handle. (Kearney, Jennifer)

Dated: 3/12/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court