UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire (AB 1574)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

| | |
|---|---|
| In Re:<br><br>**Maria S. Handle**<br><br><br>Debtor(s)' | Case No. 24-21608 (ABA)<br><br>Judge:  Andrew B. Altenburg, Jr.<br><br>**STIPULATION ADJUSTING TRUSTEE PAYMENTS** |

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $37,332.00 total receipts applied to plan, then $2,483.00 per month for the remaining forty-four (44) months, commencing May 1, 2026 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 26, 2025, remain in effect.

| | |
|---|---|
| Bruno Bellucci, III, Esquire | /s/ Andrew B. Finberg |
| Attorney for Debtor | Andrew B. Finberg |
| | Chapter 13 Standing Trustee |
| Dated: | Dated:  4/24/2026 |

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**