UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire (AB 1574)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

---

In Re:

**Maria S. Handle**

Debtor(s)'

Case No. 24-21608 (ABA)

Judge:  Andrew B. Altenburg, Jr.
AMENDED
**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $37,332.00 total receipts applied to plan, then $2,540.00 per month for the remaining ~~forty XXXXX~~
~~XXXXXX~~) months, commencing May 1, 2026 for a total of sixty (60) months.
forty-three (43)

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 26, 2025, remain in effect.

_____
Bruno Bellucci, III, Esquire
Attorney for Debtor

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated:

Dated:  5/4/2026

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2 of 2**