UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BellucciLaw, P.C.
1201 New Road, Suite 138
Linwood, NJ 08221
(609) 601-1500, Fax (609) 365-2351
Attorneys for Debtor(s)
By: Bruno Bellucci, III, Esquire, BB6378

In Re:

Maria Handle

Case No.: 24-21608

Adv. Pro. No.: ______________

Chapter: 13

Hearing Date: 09/08/2026

Judge: ABA

## ADJOURNMENT REQUEST

1. I, Jennifer L. Kearney,

☒ am the attorney for: Debtor,

☐ am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Creditors Certification of Default

Current hearing date and time: 09/08/2026

New date requested: 09/22/2026

Reason for adjournment request: We are still working on settlement, my adversary agrees to and adjournment and has a conflict 9/8

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 09/04/2026 /s/ Jennifer L. Kearney
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 9/22/26 @ 10 am ☐ Peremptory

☐ Granted over objection(s) New hearing date: ______________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*